**ROLAND Y. HO**
California State Bar No.: 220301
**THE LAW OFFICE OF ROLAND HO**
16700 Valley View Ave., Suite 271
La Mirada, CA 90638
Telephone: 714-752-6913
Fax: 714-752-6914
E-mail: rolandho@rolandholaw.com

Attorney for Defendants, KJ INVESTMENT GOURP, INC. & KJSMWORLD CORP. dba KJ SPORTS AND MEDIA and Cross-Complainant, KJ INVESTMENT GOURP, INC.

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA—Southern Division, Santa Ana, Ca.

| | |
|---|---|
| DELTATRE S.P.A., a foreign corporation, | Case No.: 8:18-cv-820-JVS (DFMx) |
| Plaintiff, | |
| vs. | **ORDER OF DISMISSAL** |
| KJ INVESTMENT GROUP, INC., a California corporation; and KJSMWORLD CORP. dba KJ SPORTS AND MEDIA, a California corporation, | |
| Defendants. | |
| KJ INVESTMENT GOURP, INC. | |
| Cross-Complainant, | |
| vs. | |
| DELTATRE S.P.A., and DOES 1 through 20, inclusive, | Judge: Hon. James V. Selna
Courtroom: 10C
Date Action Filed: May 10, 2018
Trial Date: September 24, 2019 |
| Cross-Defendants. | |

ORDER OF DISMISSAL - **1**

**IT IS HEREBY ORDERED:**

Pursuant to the Stipulation of Dismissal executed by the parties, this action is hereby ordered dismissed with prejudice.

DATED: August 20, 2019

By: _____
Hon. JAMES V. SELNA
United States District Judge